I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9-5-13

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
SEP - 5 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KELVIN FELTON,

      Plaintiff,

vs.

KIM KUMAR,

      Defendant.

Case No. CV 11-4103-VAP (RNB)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that (1) Dr. Kumar's Motion for Summary Judgment is granted; and (2) Judgment be entered dismissing this action with prejudice.

DATED: Sept 3 2013

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE