I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9-5-13

DEPUTY CLERK

JS-6
Entered

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP - 5 2013
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
SEP - 5 2013
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KELVIN FELTON,

      Plaintiff,

vs.

KIM KUMAR,

      Defendant.

Case No. CV 11-4103-VAP (RNB)

**J U D G M E N T**

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: Sept 3 2013

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE